UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-22660-BLOOM/Otazo-Reyes

FUME, LLC,

    Plaintiff,

v.

SHENZEN YOUME INFORMATION
TECHNOLOGY CO., LTD., *et al.*,

    Defendants.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. Federal Rule of Civil Procedure 4(m) requires service of the summons and complaint to be perfected upon defendants **within 90 days** after the filing of the complaint. Plaintiff filed this action on July 23, 2021, *see* ECF No. [1], generating a **October 21, 2021**, service deadline. On August 26, 2021, the Court entered an Order directing Plaintiff to file proof of service within seven (7) days of perfecting service upon Defendants. *See* ECF No. [10]. The Order further stated that "[f]ailure to effectuate service of a summons and the complaint on Defendants by the stated deadline will result in dismissal without prejudice and without further notice." *Id.* To date, Plaintiff has not filed proof of service with respect to Defendants Romy Zhang, Alternative Pods, Ziip Stock, Vape Plus, American Distributors, Vape Wholesale USA, FS Wholesale, and Vaporider ("Defendants"), nor has it sought an extension of time within which to do so.[1]

---

[1] Summonses have been issued in this case as to only Defendants Shenzen Youme Information Technology, Co., Ltd., Romy Zhang, Big D Vapor, LLC, Vpro Tech, LLC, and AK Wholesale, Inc. *See* ECF Nos. [9] & [39].

Case No. 21-cv-22660-BLOOM/Otazo-Reyes

Accordingly, it is **ORDERED AND ADJUDGED** that all claims asserted against Defendants Romy Zhang, Alternative Pods, Ziip Stock, Vape Plus, American Distributors, Vape Wholesale USA, FS Wholesale, and Vaporider are **DISMISSED WITHOUT PREJUDICE** for failure to timely serve. Plaintiff's claims shall proceed against all remaining Defendants in this action.

**DONE AND ORDERED** in Chambers at Miami, Florida, on October 29, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record